```
___  Priority
_/_  Send
___  Clsd
_/_  Enter
___  JS-5/JS-6
___  JS-2/JS-3
```

FILED
CLERK U.S. DISTRICT COURT

JUN 3 2008

CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| RON CONRAD, | SA CV 08-0363-PA (SH) |
| Petitioner, | ORDER ADOPTING FINAL REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |
| v. | |
| Agent MORMON, Orange County Parole Agent, | |
| Respondent. | |

Pursuant to 28 U.S.C. Section 636(b)(1)(C), the Court has reviewed the Petition, all of the records and files herein and the attached Final Report and Recommendation of the United States Magistrate Judge, and has made a de novo determination of the Final Report and Recommendation. The Court concurs with and adopts the conclusions of the Magistrate Judge.

IT IS ORDERED that the Petition filed herein is dismissed.

///

1

1 |     IT IS FURTHER ORDERED that the Clerk shall serve copies of this Order,
2 | the Magistrate Judge's Final Report and Recommendation and the Judgment herein
3 | by the United States mail on petitioner and counsel for respondent.
4 |     LET JUDGMENT BE ENTERED ACCORDINGLY.
5 | DATED: June 3, 2008

*(signature)*

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE