___ Priority
✓ Send
___ Clsd
✓ Enter
✓ JS-5/JS-6
___ JS-2/JS-3

FILED
CLERK U.S. DISTRICT COURT
JUN -3 2008
CENTRAL DISTRICT OF CALIFORNIA
BY                          DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-SOUTHERN DIVISION

| | |
|---|---|
| RON CONRAD, | ) SA CV 08-0363-PA (SH) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| Agent MORMON, Orange County Parole Agent, | ) |
| Respondents. | ) |

Pursuant to the Order of the Court adopting the final conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is dismissed.

DATED: June 3, 2008

PERCY ANDERSON
UNITED STATES DISTRICT JUDGE

1